# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE CASES INVOLVING U.S. PATENT NO.: 4,777,354 ("354" Patent)

*Civil Docket Nos.:* 3:05CV493, 3:05CV494, 3:05CV495, 3:05CV496, 3:05CV497, 3:05CV498, 3:05CV506, 3:05CV507, 3:05CV508, 3:05CV509 and 3:05CV510

These causes, coming on to be heard before the undersigned upon the Court's own motion, under its statutory authority concerning assignment of cases among the judges of the district, and it appearing to the court that the eleven cases identified herein were filed in the Charlotte Division by the same plaintiff, represented by the same attorney, and that all have to do with a certain patent, and that the interests of justice may be served by consolidation or similar action as to some or all aspects of these cases, and that the first of these cases was randomly assigned to the Honorable Robert J. Conrad, Jr., United States District Judge, and that the custom of this court is to assign cases having common aspects to one judge, ordinarily the first judge to be randomly assigned any of the cases;

**IT IS HEREBY ORDERED THAT:**

1) All of the above-captioned cases are hereby assigned or reassigned, as the case may be, to the Honorable Robert J. Conrad, Jr., for all purposes whatsoever, pending such further orders and proceedings as Judge Conrad shall conduct;

2) In the event Plaintiff files any new civil actions that involve similar claims or otherwise relate to the "354 Patent," Plaintiff is directed to designate in writing (on the Civil Cover Sheet or by way of correspondence) that any new action is related to the above-captioned cases for purposes of assignment; and

3) A copy of this order shall be served on all counsel of record.

**Signed: January 6, 2006**

Richard L. Voorhees
United States District Judge