UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV493, 3:05CV494, 3:05CV495, 3:05CV496,
3:05CV498, 3:05CV506, 3:05CV509, 3:05CV510

| | | |
|---|---|---|
| BARRY W, THOMAS,<br>Plaintiff,<br>v. | ) ) ) | ORDER AND MEMORANDUM |
| MOTOROLA, INC.,<br>Defendant. | ) ) ) ) | |
| BARRY W. THOMAS,<br>Plaintiff,<br>v. | ) ) ) ) | |
| ECHOSTAR SATELLITE L.L.C., et al.,<br>Defendants, | ) ) ) ) | |
| BARRY W. THOMAS,<br>Plaintiff,<br>v. | ) ) ) ) | |
| CINGULAR WIRELESS L.L.C., et al.,<br>Defendants, | ) ) ) ) | |
| BARRY W. THOMAS,<br>Plaintiff,<br>v. | ) ) ) ) | |
| DIRECTV, INC. et al,<br>Defendants. | ) ) ) | |
| BARRY W, THOMAS,<br>Plaintiff,<br>v. | ) ) ) ) | |
| NOKIA, INC., et al.,<br>Defendants. | ) ) ) ) | |

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ALLTEL COMMUNICATIONS, INC., et | ) |
| al., | ) |
| Defendants. | ) |
| | ) |
| BARRY W. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ITRON, INC. et al., | ) |
| Defendants, | ) |
| | ) |
| | ) |
| BARRY W. THOMAS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMSUNG ELECTRONICS AMERICA, | ) |
| INC. et al., | ) |
| Defendants. | ) |
| | ) |

On September 14, 2006, this Court issued a scheduling order in the instant cases. (Doc. No. 30). That order is now amended as follows:

1.      Paragraph 2(ii) now reads:

Claim construction briefs from the remaining defendants in case numbers 3:05CV495 (Thomas v. Cingular Wireless LLC et al); 3:05CV498 (Thomas v. Nokia, Inc. et al); 3:05CV509 (Thomas v. Itron, Inc. et al); and 3:05CV510 (Thomas v. Samsung Electronics America, Inc. et al) **are due on October 23, 2006.** Defendant DIRECTTV's brief is due on **November 1, 2006.**

2.    Paragraph 2(iii) now reads:

Any response by Plaintiff Thomas to those briefs is due on **November 10, 2006.**


**IT IS SO ORDERED**



        Signed: October 12, 2006


        Robert J. Conrad, Jr.
        Chief United States District Judge